[Cite as *12/27/2002 Case Announcements #2*, 2002-Ohio-7218.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## December 27, 2002

### MOTION AND PROCEDURAL RULINGS

**2002–0803 and 2002–0837.   German v. Therm–O–Disc, Inc.**
Richland App. No. 01CA512, 2002-Ohio-1848. Sua sponte, cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

Cook and Lundberg Stratton, JJ., dissent and would schedule this cause for argument on the same date as in 2002–0579.

**2002–1336.   Withem v. Cincinnati Ins. Co.**
Franklin App. No. 01AP–1286, 2002-Ohio-3067. Sua sponte, cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

Cook, J., not participating.

**2002–2132.   State ex rel. Burton v. Welbaum.**
In Prohibition. On relator's request for emergency relief.

IT IS ORDERED that relator's request be, and hereby is, denied. This cause will continue to proceed under S.Ct.Prac.R. X(5).

Moyer, C.J., and Pfeifer, J., dissent and would dismiss the cause.

### MISCELLANEOUS DISMISSALS

**2002–1206.   Natl. Indemn. Co. v. Ryerson.**
Certified Question of State Law, No. C2-01-0223. This cause came before the court on the certification of a state law question from the United States District Court for the Southern District of Ohio, Eastern Division. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *12/30/2002 Case Announcements*, 2002-Ohio-7248.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## December 30, 2002

### RECONSIDERATION OF PRIOR DECISIONS

**1999–1511.   State v. Thomas.**
Lucas App. No. L–96–020. Reported at 97 Ohio St.3d 309, 2002-Ohio-6624, 779 N.E.2d 1017. On motion for reconsideration. Motion denied.

Resnick, J., not participating.

**2001–0190.   State ex rel. Price v. Cent. Serv., Inc.**
Franklin App. No. 00AP–124. Reported at 97 Ohio St.3d 245, 2002-Ohio-6397, 779 N.E.2d 195. On motion for reconsideration. Motion denied.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.